IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 12-cr-00434-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHRISTOPHER ROBERT SCHOEN,

    Defendant.

## MINUTE ORDER[1]

    A Notice of Disposition was filed on December 13, 2012. A Change of Plea hearing is set for **March 15, 2013**, at 10:00 a.m., at which counsel and the defendant shall appear without further notice or order. **Counsel for the parties shall deliver or e-mail a courtesy copy of all plea documents separately to Judge Blackburn's chambers AND to the Probation Department not later than 48 hours before the change of plea hearing date**. *See* D.C.COLO.LCivR 11.1C. If the documents are not timely submitted, the hearing will be vacated. There will be no exceptions to this policy. On the date of the hearing, counsel shall then bring with them an original and one (1) **COPY** of the plea agreement and the statement in advance. *See* D.C.COLO.LCivR11.1F.

    **IT IS FURTHER ORDERED** that the Trial Preparation Conference set for January 18, 2013, and the jury trial set to commence January 22, 2013, are **VACATED** and are **CONTINUED** pending further order of court.

    Dated: December 13, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.