**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00434-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  CHRISTOPHER ROBERT SCHOEN,

      Defendant.

---

## MINUTE ORDER[1]

---

      On April 9, 2013, the court conducted a telephonic setting conference to reset the sentencing hearing for this defendant.  After conferring with counsel, and with their consent,

      **IT IS ORDERED** that on **June 19, 2013**, commencing at 8:00 a.m., the court shall conduct the sentencing hearing at which time counsel and the defendant shall be present without further notice or order from the court.

      Dated:  April 9, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.