IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Criminal Action No. 12-cr-00434-REB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. CHRISTOPHER ROBERT SCHOEN,

 Defendant.

---

# ORDER

---

 This matter is before the court on "Defendant's Motion for Return of Property" [Doc. No. 61] filed June 25, 2013. The motion requests that this court order the Clerk's Office to return to the defendant the passport which has been held by the Clerk's Office as a condition of Defendant's bond which has now been exonerated following Defendant's conviction of one count of Manufacture, Distribute, Dispense, and Possess with Intent to Distribute Schedule I Controlled Substances; Namely, 100 or More Marijuana Plants but Less Than 1000 Marijuana Plants, Regardless of Weight, in violation of Title 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vii) and his sentence of "time served" and a period of supervised release. *See* Judgment [Doc. No. 58] filed June 20, 2013.

 The Clerk's Office, relying on the authority in the State Department regulations in Title 22 of the Code of Federal Regulations, combined with the State Department's request for

surrender of passports upon conviction of individuals for a felony, has enacted as part of its Criminal Operational Procedures Guide (OPG), a policy that upon a defendant's conviction, the Clerk's Office will transmit a certified copy of the judgment, an original Form PS40 "Notice Regarding United States Passport for Criminal Defendant" together with the original passport by certified mail to the United States State Department. *See* OPG Section "Receipt and Retention of Passports in a Criminal Case" at pages 47-48.

Therefore, it is **ORDERED**

"Defendant's Motion for Return of Property" [Doc. No. 61] is DENIED and the Clerk's Office is ORDERED, to the extent it has not already done so, to fully comply with the OPG procedures set forth herein.

Dated this 28th day of June, 2013.

BY THE COURT:

Kathleen M Tafoya
United States Magistrate Judge