# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No: 12-cr-00434-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.      CHRISTOPHER ROBERT SCHOEN,

        Defendant.

## FINAL ORDER OF FORFEITURE

**Blackburn, J.**

The matter comes before me on the **United States' Motion for Final Order of Forfeiture** [#66][1] filed October 1, 2013. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment returned on October 22, 2012;

THAT a Preliminary Order of Forfeiture was entered on April 23, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the United States and Colorado State Bank and Trust have entered into a Settlement Agreement, settling the interest of Colorado State Bank and Trust in 10742

---

[1] "[#66] is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

Timothys Road, Conifer, Colorado 80433, more fully described as: Lot 35, Conifer Mountain Unit 6, County of Jefferson, State of Colorado.

THAT the time for any other third-party to file a petition expired on August 5, 2013; and

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

**NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED**:

1. That the **United States' Motion for Final Order of Forfeiture** [#66] filed October 1, 2013, is **GRANTED**;

2. That judgment of forfeiture of

    a. 10742 Timothys Road, Conifer, Colorado 80433 more fully described as:

    Lot 35, Conifer Mountain Unit 6,

    County of Jefferson, State of Colorado; and

    b. All miscellaneous grow equipment seized on or about August 30, 2012, from 10742 Timothys Road, Conifer, Colorado,

shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party, other than as provided in the Settlement Agreement;

3. That the United States shall have full and legal title to the forfeited

    a. 10742 Timothys Road, Conifer, Colorado 80433 more fully described as:

    Lot 35, Conifer Mountain Unit 6,

County of Jefferson, State of Colorado, and

b.  All miscellaneous grow equipment seized on or about August 30, 2012, from 10742 Timothys Road, Conifer, Colorado;

and may dispose of them in accordance with law.

Dated  October 1, 2013, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
_____
ROBERT E. BLACKBURN
United States District Court Judge